**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHAMBERS OF**<br>**JOEL SCHNEIDER**<br>UNITED STATES MAGISTRATE JUDGE | MITCHELL H. COHEN COURTHOUSE<br>1 John F. Gerry Plaza, Room 2060<br>CAMDEN, NJ 08101-0887<br>(856) 757-5446 |

**ELECTRONICALLY FILED**
April 15, 2009

Matthew F. Noone, Esquire
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103

Glenn A. Farrell, Esquire
Sachs, Maitlin, Fleming & Greene
Eighty Main Street
West Orange, NJ 08052

Patrick J. Hermesmann, Esquire
Law Office of Craig M. Terkowitz
860 Centennial Avenue
PO Box 1487
Piscataway, NJ 08855-1487

  **Re: American Fire and Casualty Co. v. Material Handling**
    **Civil No. 06-1545-JBS-JS**

Dear Counsel:

  All counsel have been informed that the trial of this case will start on July 6, 2009, before the Honorable Jerome B. Simandle.

  The Joint Final Pretrial Order ("JFPO")(<u>original and two copies for the court, with sufficient copies for all counsel</u>), as signed by all counsel, shall be delivered to me three (3) days before the conference on <u>June 12, 2009 at 2:00 p.m.</u>  The plaintiff's portion of the proposed order shall be prepared and sent to defense counsel no later than May 12, 2009.  Defendants' portion of the proposed order shall be prepared and returned to counsel for plaintiff no later than May 26, 2009.  The Court also schedules a second conference on June 19, 2009 at 3:00 p.m. to finalize the JFPO.

  By May 21, 2009, defendant's new expert report shall be produced.  This expert's deposition shall be completed before June 10, 2009.

April 14, 2009
Page 2

     By May 28, 2009 all Daubert motions shall be filed.  The briefing schedule with regard to the parties' Daubert motions shall be coordinated with Judge Simandle's chambers.

                                          Very truly yours,

                                          *s/Joel Schneider*

                                          JOEL SCHNEIDER
                                          United States Magistrate Judge

JS:jk
cc:       Hon. Jerome B. Simandle